JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>    Plaintiffs,<br><br>  vs.<br><br>QUALITY TRUCKING SERVICES, a California corporation, ,<br><br>    Defendant. | Case No.: CV 09-08613 DSF (AGRx)<br><br>**JUDGMENT** |

On application by plaintiffs for a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of defendant Quality Trucking Services was entered on February 17, 2010 by the Clerk of this Court, and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

//

//

//

IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs shall recover from defendant the total amount of $27,944.67, together with post-judgment interest as provided by 28 U.S.C. § 1961(a).

DATED: 6/16/10

_____
UNITED STATES DISTRICT JUDGE